# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Mario Alberto CANEZ,<br><br>Defendant. | Magistrate Case No.: 21MJ8540<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)<br>Bringing In Illegal Aliens Without<br>Presentation (Felony) |

The undersigned complainant being duly sworn states:

On or about June 24, 2021, within the Southern District of California, defendant, Mario Alberto CANEZ, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact the alien: Claudia RAMIREZ-Ramirez had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to a Customs and Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Margarita Carter, Enforcement Officer
United States Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th day of June, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Mario Alberto CANEZ

## STATEMENT OF FACTS

The complainant states this complaint is based upon the reports of the apprehending officers and the investigation conducted by Customs and Border Protection Officer (CBP) Officer Jesus Burgueno that defendant, Mario Alberto CANEZ (CANEZ), was arrested at the Calexico, California East Port of Entry on June 24, 2021.

On June 24, 2021, at approximately 2:44 p.m., CANEZ applied for admission into the United States at the Calexico, California East Port of Entry through vehicle primary lanes. CANEZ was the driver and sole occupant of a gray Nissan Versa. Upon inspection before United States Customs and Border Protection Officer (CBPO) Avalos, CANEZ presented a United States Passport Card as his entry document and stated he was going to Walmart in Calexico, California. CBPO Avalos observed CANEZ's hand was visibly shaking as he handed CBPO Avalos the document. CBPO Avalos proceeded to inspect the trunk, at which time he discovered an individual, later identified as Claudia RAMIREZ-Ramirez (RAMIREZ), laying down inside the trunk sweating profusely. CANEZ attempted to place his vehicle into gear, at which time CBP Chief Kish immediately secured CANEZ and removed him from the vehicle. RAMIREZ was extracted from the trunk requiring assistance because RAMIREZ was unable to stand or walk. RAMIREZ was immediately taken inside the air-conditioned office and provide with water and

medical attention. CANEZ was escorted into the Vehicle Secondary Office for further processing.

Material witness RAMIREZ stated that she is a citizen of Mexico with no legal documents to enter the United States. RAMIREZ stated her brother made arrangements with unknown smugglers for her to be smuggled into the United States. RAMIREZ stated her father was going to pay a smuggling fee of $8,000.00 U.S. dollars to the smuggler. RAMIREZ stated today she was instructed to ride a taxi to an unknown convenient store in Mexicali, Mexico. RAMIREZ stated she was approached by a female driving a silver Nissan Altima, who called her by her name. RAMIREZ stated the female instructed her to get inside the trunk of the Nissan Altima and to be quiet. RAMIREZ stated she remained inside the trunk for approximately one (1) hour before being discovered by the CBP Officers. RAMIREZ stated it was very hot and dark and she did not know how to get out of the trunk. RAMIREZ stated if successful in her illegal attempt to enter the United States, she would travel to Los Angeles, California to reunite with her family and seek illegal employment.

The complainant states the name of the Material Witness is as follows:

| NAME | COUNTRY OF BIRTH |
|---|---|
| Claudia RAMIREZ-Ramirez | Mexico |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at trial by subpoena; and that she is a Material Witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.